IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MARK CAREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:22-cv-616-GMB |
| | ) |
| CT HOTELS, LLC d/b/a Motel 6, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the court is Plaintiff's Notice of Dismissal. Doc. 2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before an opposing party answers the complaint or files a motion for summary judgment. Here, Defendant has not answered the complaint or filed a motion for summary judgment. Plaintiff's voluntary dismissal therefore is appropriate. Accordingly, the complaint is DISMISSED without prejudice and the Clerk of Court is DIRECTED to CLOSE this file pursuant to Rule 41(a)(1)(A)(i).

DONE and ORDERED on July 28, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE